# Court of Appeals
# of the State of Georgia

ATLANTA, August 28, 2012

*The Court of Appeals hereby passes the following order*

**A12A1858. LATOYA WILLIAMS v. HELEN WARD.**

Upon consideration of the APPELLANT'S motion FOR PERMISSION TO WITHDRAW

THE APPEAL in the above styled case, it is ordered that the motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta, August 28, 2012.*

        *I certify that the above is a true extract from the minutes of*
*the Court of Appeals of Georgia.*

        *Witness my signature and the seal of said court hereto*
*affixed the day and year last above written.*

*, Clerk.*